NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STANLEY L. DAVIS,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2023-2363

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-5411, Judge Joseph L. Falvey, Jr, Judge Margaret C. Bartley, Judge Scott Laurer.

---

Decided: July 18, 2025

---

KENNETH DOJAQUEZ, Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

TANYA KOENIG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, TARA K. HOGAN, PATRICIA M. MCCARTHY; BRIAN D. GRIFFIN, JONATHAN KRISCH, Office of

General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————

Before PROST, CLEVENGER, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

Stanley L. Davis appeals from a decision of the U.S. Court of Appeals for Veterans Claims ("Veterans Court"). His appeal challenges the Veterans Court's determination that, for purposes of adjudicating Mr. Davis's claim, the Department of Veterans Affairs did not constructively possess the evidence at issue. *See Davis v. McDonough*, 36 Vet. App. 142, 149–53 (2023). Mr. Davis's challenge is to the application of law to fact—specifically, the application of the constructive-possession standard as articulated in, for example, *Euzebio v. McDonough*, 989 F.3d 1305 (Fed. Cir. 2021), to the facts of this particular case. Because, in appeals from Veterans Court decisions, this court generally "may not review" "a challenge to a law . . . as applied to the facts of a particular case," 38 U.S.C. § 7292(d)(2), we dismiss this appeal for lack of jurisdiction.

**DISMISSED**

COSTS

No costs.